Ruth Gilliam, et al., Plaintiffs-Appellees, v. Agar Packing Co., Inc., and John C. Popp, Defendants-Appellants.

**Gen. No. 50,060.** 

First District, Third Division.

January 27, 1966.

■■■■■■■■■

■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■ Irvin

Tischer of Chicago (Sidney Z. Karasik, of counsel), for appellants;
Warren J. Hickey, of Chicago (Edward Wolfe, of counsel), for
appellees. Opinion by PRESIDING JUSTICE SCHWARTZ. Not
to be published in full.